Commonwealth *v.* Wesch, Appellant.

Argued June 10, 1975. *Edward F. Browne, Jr.,* Assistant Public Defender, with him *Theodore S. Danforth,* Public Defender, for appellant; *Robert A. Longo,* Assistant District Attorney, with him *Mary Anne Motter,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Weston, Appellant.

Argued June 13, 1975. *Robert C. Brown, Jr.,* with him *Fox & Oldt,* for appellant; *John J. Segata, Jr.,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.